AO 91 (Rev. 11/11) Criminal Complaint

United States Courts
Southern District of Texas
FILED
June 06, 2023
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **4:23-mj-1195** |
| Christian Luvara | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 1, 2021** in the county of **Fort Bend** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) | a native and citizen of Uruguay and an alien who had been previously deported from the United States was found unlawfully in the United States at Richmond, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☐ Continued on the attached sheet.

*Complainant's signature*

Shawna Campbell, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: 06/06/2023

*Judge's signature*

City and state: Houston, Texas

Christina A Bryan, United States, Magistrate Judge
*Printed name and title*

4:23-mj-1195

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Shawna Campbell, being duly sworn by telephone, hereby depose and say:

(1)  I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since September 2016. Prior to this assignment, I have held the following positions: Immigration Enforcement Agent and a Federal Correctional Officer. My law enforcement career began on January 7, 2007, as a Federal Correctional Officer. I have over 10 years of immigration law enforcement experience.

(2)  Christian Luvara is currently being held Texas Department of Criminal Justice for the offense of retaliation and assault of a Peace Officer. The Defendant is also known as or has used the alias of Christian Luvala, Chersten Antunas, Christian Antunes, Hydecarr D, Campell, Lubra Chris, Christian Hernandez, Chrestean Lopes, Christian Lopezanutes, Chriatian Lubara.

(3)  The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(4)  Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a)

(5)  Element One:  The Defendant is a citizen and national of Uruguay and not a native, citizen or national of the United States.

(6)  Element Two:  The Defendant has previously been deported or removed from the United States on the following occasion(s):

    a.  September 19, 2008

(7)  Element Three:  After deportation, the Defendant was subsequently found in the United States on January 1, 2021, in Fort Bend County, Texas, which is within the Southern District of Texas. Specifically, within the Houston or Galveston Division of the Southern District of Texas. Additionally, ICE's Law Enforcement Support Center ("LESC") has been consulted to determine whether, in the past five years and after the Defendant's last deportation, the Defendant has been encountered by law enforcement prior to the date specified earlier in this paragraph. On June 5, 2023, I reviewed the response from LESC and confirmed that LESC had no record of such an encounter.

(8) <u>Element Four</u>:  The Defendant did not have permission to reenter the United States.  On June 5, 2023, I reviewed the contents of the Alien File associated with this Defendant and/or available database information.  I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.  I have requested certification of this fact from the Records Branch of the Immigration Service.

(9) <u>Prior Criminal History / Gang Affiliation</u>.  The Defendant has the following prior criminal history and/or gang affiliation:

  a. On April 14, 2021, the Defendant, using the name Christian Antunes was convicted in the Fort Bend County Court at Law No. 4, Fort Bend County, Texas for the offense of assault causes bodily injury family member, a Misdemeanor under Case #21-CCR-221241. For this offense, the Defendant was sentenced to one hundred four (104) days.

  b. On August 19, 2022, the Defendant, using the name Christian Lopez-Antunes was convicted in the County Court at Law No. 10, Harris County, Texas for the offense of assault -family member, a Misdemeanor under Case #238870501010. For this offense, the Defendant was sentenced to two hundred thirty (230) days.

  c. On April 21, 2023, the Defendant, using the name Christian Lopez-Antunes was convicted in the 262nd District Court, Harris County, Texas for the offense of assault Peace Officer, a Felony under Case #175242801010. For this offense, the Defendant was sentenced to three (3) years.

  d. On April 21, 2023, the Defendant, using the name Christian Lopez-Antunes was convicted in the 262nd District Court, Harris County, Texas for the offense of retaliation, a Felony under Case #175242901010. For this offense, the Defendant was sentenced to three (3) years.

(10)   On June 6, 2023, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, Assistant U.S. Attorney Charmaine Holder accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a).

*Shawna Campbell, Deportation Officer*
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me on this 6th day of June 2023, and I find probable cause.

Hon. Christina A Bryan
United States Magistrate Judge
Southern District of Texas